UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

2007 NOV -7 P 10: 31

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 07mj 2511 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Blanca Estella Garcia ) | |
| Loni Rose Romero ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/**Magistrate Judge**,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Jose Valdez-Santoyo

DATED: 11/7/07

Barbara Lynn Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
C. PUTTMANN
Deputy Clerk