PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 NOV -9 AM 9:47

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDV
                                    DEPUTY

U. S. A. vs. ROMERO, LONI ROSE                              Docket No. 07MJ2511-002
Register #05324-298

### Petition for Modification of Conditions of Pretrial Release

Comes now Tisha Garcia Pretrial Services Officer presenting an official report upon the conduct of defendant LONI ROSE ROMERO who was placed under pretrial release supervision by the Honorable Barbara L. Major sitting in the court at San Diego, on the 29th day of October, 2007, under the following conditions: restrict travel to Southern District of California; do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; actively seek and maintain full-time employment, schooling, or combination both; clear all warrants/FTA within 45 days days of release

RESPECTFULLY PRESENTING PETITION FOR MODIFICATION FOR CAUSE AS FOLLOWS:

On November 6, 2007, the defendant reported, to the Pretrial Services Officer, a history of substance abuse and indicated she had last smoked marijuana on the day of her arrest. Additionally, the defendant reported an incident of sexual abuse. She stated she was feeling very stressed and overwhelmed, and expressed a desire to attend mental health counseling.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO RANDOM DRUG TESTING AND ATTEND MENTAL HEALTH COUNSELING AT THE DIRECTION OF THE PRETRIAL SERVICES OFFICER.

*not to exceed 8 tests per month.*

### ORDER OF COURT

Considered and ordered this __9th__ day of __November__ 20_07_ and ordered filed and made a part of the records in the above case.

_____
The Honorable Barbara L. Major
U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/9/07

Respectfully,

_Tisha Garcia_
Tisha Garcia, U.S. Pretrial Services Officer

Place   San Diego, California

Date    November 9, 2007