1  KAREN P. HEWITT
   United States Attorney
2  DAVID D. LESHNER
   Assistant United States Attorney
3  California State Bar No. 207815
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7163
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
FILED

NOV 1 3 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           (MC)           DEPUTY
```

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,        )    Magistrate Case No.  07MJ2511
                                     )
12              Plaintiff,           )
                                     )
13          v.                       )    **STIPULATION OF FACT AND JOINT**
                                     )    **MOTION FOR RELEASE OF**
14  LONI ROSE ROMERO (2),            )    **MATERIAL WITNESS(ES) AND**
                                     )    **ORDER THEREON**
                                     )
15              Defendant.           )
    _____)       **(Pre-Indictment Fast-Track Program)**

16          **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and David D.

18  Leshner, Assistant United States Attorney, and defendant LONI ROSE ROMERO, by and through

19  and with the advice and consent of defense counsel, Jami Lynn Ferrara., that:

20          1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it.  Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Inducing and Encouraging Illegal Aliens and Aiding and Abetting, in violation of 8 U.S.C.

25  § 1324(a)(1)(A)(iv) and (v)(II).

26  //

27  //

28  DDL:rp

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **November 28, 2007**.

6    4.    The material witness, Jose Valdez-Santoyo, in this case:

7    a.    Is a alien with no lawful right to enter or remain in the United States;

8    b.    Entered or attempted to enter the United States illegally on or about

9    October 18. 2007;

10    c.    Was found in a vehicle driven by defendant at the San Ysidro, California Port

11    of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was a alien

12    with no lawful right to enter or remain in the United States;

13    d.    Was paying $700 to others to be brought into the United States illegally and/or

14    transported illegally to their destination therein; and,

15    e.    May be released and remanded immediately to the Department of Homeland

16    Security for return to the country of origin.

17    5.    After the material witness is ordered released by the Court pursuant to this stipulation

18    and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or

19    thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

20    including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21    a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

22    substantive evidence;

23    b.    The United States may elicit hearsay testimony from arresting agents

24    regarding any statements made by the material witness(es) provided in discovery, and such testimony

25    shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26    of (an) unavailable witness(es); and,

27    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Loni Rose Romero (2)                2                07MJ2511

1    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

2    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

3    waives the right to confront and cross-examine the material witness(es) in this case.

4         6.    By signing this stipulation and joint motion, defendant certifies that defendant has

5    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

6    further that defendant has discussed the terms of this stipulation and joint motion with defense

7    counsel and fully understands its meaning and effect.

8         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

9    immediate release and remand of the above-named material witness(es) to the Department of

10   Homeland Security for return to their country of origin.

11        It is STIPULATED AND AGREED this date.

12                                        Respectfully submitted,

13                                        KAREN P. HEWITT
                                          United States Attorney
14

15   Dated: _11/13/07_ .

16                                        for DAVID D. LESHNER
                                          Assistant United States Attorney
17
     Dated: _11/6/07_ .
18
                                          JAMI LYNN FERRARA
                                          Defense Counsel for Loni Rose Romero
19   Dated: _11-6-07_ .

20                                        LONI ROSE ROMERO
                                          Defendant
21

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Loni Rose Romero (2)              3                           07MJ2511

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: _11/13/07_ .

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Loni Rose Romero (2)          4

07MJ2511