# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>Blanca Estella Garcia,<br>et al.<br>    Defendant(s) | CRIMINAL NO. 07mj2511<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jose Valdez-Santoyo

DATED: 11/13/07

Barbara Major
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____      OR
            DUSM

W. SAMUEL HAMRICK, JR.  Clerk
                    by
                       Deputy Clerk